UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL R GARCIA,<br><br>        Petitioner,<br><br>    v.<br><br>MATTHEW MCVAY,<br><br>        Respondent. | Case No. 22-cv-02612-JD<br><br>**ORDER RE DISMISSAL** |

Manuel Garcia, a pro se state prisoner, filed a habeas petition under 28 U.S.C. § 2254. Respondent filed a motion to dismiss on the ground that the sole claim in the petition was unexhausted. The Court granted the motion but provided Garcia twenty-eight days to file a motion for a stay if he chose to exhaust the claim. The Court granted Garcia an extension, but he has not filed a motion for a stay.

The case is dismissed as unexhausted, and the Clerk is requested to close it. A certificate of appealability ("COA") will not issue because this is not a case in which "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The Court declines to issue a COA regarding the procedural holding and the underlying claim in the petition.

**IT IS SO ORDERED.**

Dated: January 25, 2024

JAMES DONATO
United States District Judge